UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00248-BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| XAVION OMOWARE | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 9 2020

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about June 22, 2020, the defendant,

XAVION OMOWARE,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Felon in Possession of a Firearm, in the United States District Court for the Eastern District of Arkansas, in Case Number 4:13CR00039-01-BSM;

2.  Felon in Possession of a Firearm, in the United States District Court for the Eastern District of Arkansas, in Case Number 4:08CR00323-01-BRW;

3.  Simultaneous Possession of Drugs and a Firearm, in the Circuit Court of Pulaski County, Arkansas, in Case Number CR 2003-929;

4.  Possession of a Controlled Substance (Cocaine), in the Circuit Court of Pulaski County, Arkansas, in Case Number CR 2003-929;

5.  Manufacturing, Delivering, Possessing a Controlled Substance (Possession of Cocaine with Intent to Deliver), in the Circuit Court of Pulaski County, Arkansas, in Case Number CR 2003-300;

6.  Theft by Receiving, in the Circuit Court of Pulaski County, Arkansas, in Case Number CR 2003-300, in the Circuit Court of Pulaski County; and

7.  Theft by Receiving, in the Circuit Court of Pulaski County, Arkansas, in Case Number CR 2003-164.

      B.      On or about June 22, 2020, in the Eastern District of Arkansas, the defendant,

XAVION OMOWARE,

knowingly possessed, in and affecting commerce, a firearm, that is: a Hi Point, Model C9, 9mm pistol bearing serial number P1486211, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, XAVION OMOWARE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]